Stylist, Inc., Appellant, v. O'Connor and Goldberg, Appellee.

Gen. No. 42,860.

opinion filed
May 23, 1944; rehearing denied June 6, 1944. Joseph B. Gilbert, for appellant; James R. Quinn and David Jetzinger, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.